IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIAM H. FURNISS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-602 |
| | : | |
| **CINEMARK U.S.A., INC.** | : | |

# ORDER

**AND NOW**, this 29th day of September 2021, upon considering Cinemark U.S.A., Inc.'s Motion to compel production of documents from Levent Industries, Inc. (D.I. 107), following today's noticed hearing with all counsel (D.I. 110), and for good cause, it is **ORDERED** Cinemark's Motion (D.I. 107) is **GRANTED** to allow Cinemark to explore the failure to produce responsive discovery including the reasons Levent now claims it does not possess responsive discovery by requiring Levent to produce Erica McLean and a designee responsible for Levent's electronically stored information for depositions set by Cinemark's counsel over a video sharing service not to exceed ninety minutes each to be completed no later than **October 4, 2021**.

_____
**KEARNEY, J.**