# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW H. FURNISS, individually and as parent and natural guardian for B.F. (Minor), | ) C.A. No. 1:20-cv-00602-MAK ) ) TRIAL BY JURY ) DEMANDED |
| Plaintiffs, | ) ) |
| v. | ) ) |
| CINEMARK U.S.A., INC., | ) ) |
| Defendant/Third-Party Plaintiff, | ) ) |
| v. | ) ) ) |
| WESNIC, INC., LEVENT INDUSTRIES, INC., D/B/A ARCHITECTURAL BRASS COMPANY, AND JACOBS INTERNATIONAL, L.L.C., | ) ) ) ) ) |
| Third-Party Defendants. | ) |

### NOTICE OF WITHDRAW OF CINEMARK U.S.A., INC.'S AFFIRMATIVE DEFENSE AT PARAGRAPH 31 OF THE ANSWER TO PLAINTIFF'S AMENDED COMPLAINT AT D.I. 7, WITH PREJUDICE

Defendant/Third-Party Plaintiff Cinemark U.S.A., Inc., by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby WITHDRAWS WITH PREJUDICE its Affirmative Defense contained at paragraph 31 of its Answer to Plaintiff's Amended Complaint, filed at D.I. 7 on August 3, 2020 which states as follows:

*The Plaintiff is comparatively negligent and as such, his negligence was the proximate cause of the alleged injuries in that he:*

    *a. failed to properly protect the minor;*

    *b. was otherwise negligent as further discovery may demonstrate.*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

*/s/ Jessica L. Tyler*
Sarah B. Cole, Esq. (DE Bar ID 4685)
Jessica L. Tyler, Esq. (DE Bar ID 5458)
Nemours Building
1007 N. Orange Street, Suite 600
P.O. Box 8888
Wilmington, DE  19899
T.  302-552-4370
Email: jltyler@mdwcg.com
Attorney for Defendant/Third-Party Plaintiff
Cinemark, U.S.A., Inc.

Date:   October 8, 2021

LEGAL/141504658.v1