# McCann, Dillon, Jaffe & Lamb, LLC

Attorneys at Law
300 Delaware Avenue
Suite 805
Wilmington, DE 19801
*302-888-1221   FAX: 302-888-1332*

Robert E. McCann *
Timothy A. Dillon **
Mark Jaffe *
Patrick C. Lamb*

Michael P. Minuti **
Damaris L. Garcia *
John S. Grimm ^
Gene Cortese ^^

\* Admitted to PA & NJ Bar
\*\* Admitted to DE, NJ & PA Bar
^ Admitted to DE Bar
^^ Admitted to PA Bar

Two Penn Center Plaza
Suite 1110
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102
*215-569-8488   FAX: 215-569-8288*

Timothy A. Dillon, Esquire
*tdillon@mccanninjurylaw.com*
Reply to Wilmington, Delaware office

October 20, 2021

The Honorable Mark A. Kearney
United States District Court, Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: C.A. No. 1:20-cv-00602-MAK**
**<u>FURNISS V. CINEMARK ET.AL</u>**

Dear Your Honor:

    Good morning. Please be advised that the parties have resolved and settled this matter in full. The parties thank this Honorable Court for the ability to litigate this matter through settlement. The parties are now working on structured annuity plans for this settlement and will seek Court approval once complete. Please let the parties know if the Court requires additional information. Thank you.

Respectfully yours,

/s/*Timothy A. Dillon, Esq.*

Counsel for Plaintiffs