IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **WILLIAM H. FURNISS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 20-602-MAK** |
| | : | |
| **CINEMARK U.S.A., INC.** | : | |

# ORDER

**AND NOW**, this 20th day of October 2021, upon reviewing Plaintiff's Letter notifying us of a settlement (D.I. 156), mooting the presently pending motions without prejudice but yet unable to dismiss all claims absent approval of the settlement terms affecting the minor, it is **ORDERED**:

1. Plaintiff is granted leave to move for approval of the minor's compromise including reasonable attorney fees (and describing the other parties' positions) allowing dismissal no later than **October 28, 2021**;

2. Defendant Cinemark's *Daubert* Motion to exclude testimony and opinions (D.I. 132) is **DENIED** without prejudice;

3. Defendant Cinemark's *Daubert* Motion *in limine* to exclude testimony and opinions (D.I. 136) is **DENIED** without prejudice;

4. Third-party Defendant Wesnic's Motion for summary judgment (D.I. 142) is **DENIED** without prejudice;

5. Defendant Cinemark's Motion for summary judgment (D.I. 146) is **DENIED** without prejudice;

6. Third-party Defendant Levent's Motion for summary judgment (D.I. 149) is **DENIED** without prejudice;

7. Third-party Defendant Jacobs International LLC's Motion for summary judgment and/or preclusion of expert testimony (D.I. 152) is **DENIED** without prejudice;

8. We **VACATE** the oral argument obligations in our October 19, 2021 Order (D.I. 155); and,

9. All other obligations in our May 21, 2021 and July 14, 2021 Orders (D.I. 21, 46) remain in effect.

_____
**KEARNEY, J.**